No. 91–1592.  H. G. A. Cinema Trust, Kanter, Trustee v.
Commissioner of Internal Revenue.  C. A. 7th Cir.  Certiorari denied.

No. 91–1674.  Star Market Co. v. United States et al.
C. A. 2d Cir.  Certiorari denied.

No. 91–1690.  Brennan v. Abbott Laboratories et al.
C. A. Fed. Cir.  Certiorari denied.

No. 91–1692.  K & S Partnership et al. v. Continental
Bank, N. A.  C. A. 8th Cir.  Certiorari denied.

No. 91–1703.  Hall v. Georgia.  Sup. Ct. Ga.  Certiorari denied.

No. 91–1704.  Overseas Motors, Inc. v. Mitkovski et al.
C. A. 6th Cir.  Certiorari denied.

No. 91–1706.  Smith et al. v. Hammon et al.  C. A. D. C.
Cir.  Certiorari denied.

No. 91–1719.  Charbonnet et al. v. Lee, Sheriff of Jefferson Parish, et al.  C. A. 5th Cir.  Certiorari denied.

No. 91–1723.  Clines v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 91–1727.  Bezanson, Trustee for Medomak Canning
Co., Inc. v. Metropolitan Insurance & Annuity Co.  C. A.
1st Cir.  Certiorari denied.

No. 91–1730.  Perfetti v. First National Bank of Chicago.
C. A. 7th Cir.  Certiorari denied.

No. 91–1735.  Scheerer v. Rose State College et al.
C. A. 10th Cir.  Certiorari denied.